IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-01551-RBJ-NYW | Date: | August 1, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW COURTROOM A-502* |

| *Parties* | *Counsel* |
|---|---|
| KATHERINE L. REMMEREID, | *Taxiarchis Hatzidimitriadia (via telephone)* |
| **Plaintiff,** | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | *Megan R. Garnett* |
| TRANSUNION LLC, | *Elizabeth K. Olson* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session: 10:42 a.m.

Appearance of counsel.

Initial Disclosures, and the documents identified in the Initial Disclosures shall be produced on or before August 6, 2019.

Parties discuss if a protective order will be necessary in this case. Parties do not anticipate needing a protective order.

Parties discuss a related settlement agreement which can only be produced by court order. Parties may stipulate to an order, and submit it for approval to the court.

Each side is allowed:
Four (4) depositions; including experts, no deposition may exceed one day of seven hours.

Each party is allowed:

Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents; and
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

Parties shall meet and confer regarding how the 30(b)(6) deposition(s) shall count against the discovery limits.

Deadline for joinder of parties and amendment of pleadings: September 17, 2019.

Discovery cut-off: February 21, 2020.

Dispositive motion deadline: March 27, 2020.

Each side may designate no more than two retained experts including rebuttals.
All parties shall designate affirmative experts on or before: December 6, 2019.
All parties shall designate rebuttal experts on or before: January 8, 2020.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

Parties should follow the practice standards of the presiding judge in all filings for this case.

A Final Pretrial Conference is set for ***July 31, 2020***, at 9:00 a.m. before the Honorable R. Brooke Jackson.

A two-day jury trial is set to commence on ***August 24, 2020*** at 9:00 a.m. before the Honorable R. Brooke Jackson, separate order to issue.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess: 10:51 a.m.            Hearing concluded.            Total time in Court:  00:09

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.