# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

**Civil Action No. 1:19-cv-01551-RBJ-NYW**

KATHERINE L. REMMEREID,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
and TRANSUNION, LLC,

    Defendants.

## JOINT MOTION FOR AGREED PROTECTIVE ORDER

Defendants Trans Union LLC and Equifax Information Services, LLC, and Plaintiff Katherine L. Remmereid file this their Joint Motion for Agreed Protective Order and show the Court as follows:

**I.**

In this suit, Plaintiff has alleged that Defendants violated the Fair Credit Reporting Act. The nature of this action necessarily involves personal and confidential information regarding Plaintiff and trade secrets and other confidential policies and procedures from Defendants.

**II.**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties agree that good cause has been shown to protect certain documents, testimony, discovery responses, and other materials or information produced in connection with discovery or other disclosure obligations in this cause of action. Such protection is necessary to avoid revealing personal information, trade secrets, other confidential research, development, or commercial information, which the Parties agree, should not be revealed to persons or entities outside of this litigation and, should be revealed only in a permissible way within this litigation.

### III.

The Parties have negotiated the terms of a mutually acceptable Agreed Protective Order. The original Agreed Protective Order has been executed by counsel for the Parties and is being submitted to the Court as the proposed order on this motion.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the Agreed Protective Order.

Dated:  September 3, 2019.

| | |
|---|---|
| */s/ Taxiarchis Hatzidimitriadis* | */s/ Paul W. Sheldon* |
| **TAXIARCHIS HATZIDIMITRIADIS** | **ELIZABETH K. OLSON** |
| thatz@sulaimanlaw.com | Colorado Bar No. 41620 |
| **NATHAN C. VOLHEIM** | olsone@hallevans.com |
| nvolheim@sulaimanlaw.com | **HALL & EVANS, LLC** |
| **SULAIMAN LAW GROUP, LTD** | 1001 Seventeenth Street, Suite 300 |
| 2500 S Highland Ave., Suite 200 | Denver, CO 80202 |
| Lombard, IL 60148 | (303) 628-3300 |
| (630) 581-5858 | (303) 628-3368 Fax |
| (630) 575-8188 Fax | and |
| *Counsel for Plaintiff* | **PAUL W. SHELDON** |
| | Colorado Bar No. 22747 |
| | psheldon@qslwm.com |
| */s/ Tameika L. Montgomery* | **QUILLING, SELANDER, LOWNDS,** |
| **MEGAN ROSE GARNETT** | **WINSLETT & MOSER, P.C.** |
| mgarnett@polsinelli.com | 6900 N. Dallas Parkway, Suite 800 |
| **POLSINELLI PC** | Plano, TX  75024 |
| 1401 Lawrence St, Suite 2300 | (214) 560-5453 |
| Denver, CO 80202 | (214) 871-2111 Fax |
| (305) 583-8238 | *Counsel for Trans Union LLC* |
| and | |
| **MISTY L. PETERSON** | |
| mpeterson@kslaw.com | |
| **TAMEIKA L. MONTGOMERY** | |
| tmontgomery@kslaw.com | |
| **KING & SPALDING LLP** | |
| 1180 Peachtree St NE | |
| Atlanta, GA 30309 | |
| (404) 572-4939 | |
| (404) 572-3100 Fax | |
| *Counsel for Equifax Information Services, LLC* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 3rd day of September 2019 I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Taxiarchis Hatzidimitriadis<br>thatz@sulaimanlaw.com<br>Nathan C. Volheim<br>nvolheim@sulaimanlaw.com<br>Sulaiman Law Group, Ltd<br>2500 S Highland Ave., Suite 200<br>Lombard, IL 60148<br>(630) 581-5858<br>(630) 575-8188 Fax<br>***Counsel for Plaintiff*** | Megan Rose Garnett<br>mgarnett@polsinelli.com<br>Polsinelli PC<br>1401 Lawrence St, Suite 2300<br>Denver, CO 80202<br>(305) 583-8238<br>and<br>Misty L. Peterson<br>mpeterson@kslaw.com<br>Tameika L. Montgomery<br>tmontgomery@kslaw.com<br>King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta, GA 30309<br>(404) 572-4939<br>(404) 572-3100 Fax<br>***Counsel for Equifax Information Services, LLC*** |

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

3953280.1